JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC


HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, 2nd Floor
Oakland, California 94619
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiffs
DWIGHT L. DOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE,<br><br>                Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>                Defendant. | CASE NO. C-05-02873 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE**<br><br>Judge:    Honorable Jeffrey S. White<br><br>Trial Date: None Set. |

WHEREAS, the October 28, 2005 Case Management Conference minute order vacated the dates previously set for: (1) close of non-expert discovery, (2) the last day for expert disclosures, and (3) close of expert discovery.

WHEREAS, this Court ordered the parties to meet and confer on new dates for the above events;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Close of non-expert discovery: February 17, 2006;
2. Last day for expert disclosures: March 24, 2006;
3. Close of expert discovery: April 24, 2006;

**IT IS SO STIPULATED.**

DATED: December 1, 2005               MOORE & MOORE

                                      By: _____/s/_____
                                      HOWARD MOORE, JR.
                                      Attorney for Plaintiffs
                                      LAVON JONES, JR., NATHANIEL WOODS,
                                      JR., HABEN BERHANE, and DWIGHT L.
                                      DOVE

DATED: December 1, 2005               By: _____/s/_____
                                      CHARLES STEPHEN RALSTON
                                      Attorney for Plaintiff
                                      DWIGHT DOVE

DATED: December 1, 2005               THE LOUDERBACK LAW FIRM

                                      By: _____/s/_____
                                      JEROME SCHREIBSTEIN
                                      JAMES T. CONLEY
                                      Attorneys for Defendant
                                      BAYER HEALTHCARE LLC

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE
CASE NO. C-05-02873 JSW
-2-

1
2  IT IS SO ORDERED.
3
4  Dated: December 2, 2005
5  
   _____
   Honorable Jeffrey S. White
   UNITED STATES DISTRICT JUDGE
6
7
8
9  Doc#34985
10
...
28

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE
CASE NO. C-05-02873 JSW
-3-