JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, 2nd Floor
Oakland, California 94619
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiffs
DWIGHT L. DOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE,<br><br>              Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>              Defendant. | CASE NO. C-05-02873 JSW<br><br>**STIPULATION AND *[PROPOSED]* ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**<br><br>Judge:    Honorable Jeffrey S. White<br><br>Trial Date: None Set. |

      WHEREAS, plaintiff's deposition was noticed for January 18th, 2006;

      WHEREAS, plaintiff requested that his deposition be moved to January 27th, 2006;

      WHEREAS, the matters *Jones v. Bayer*, case no. C-03-05531 JSW, and *Woods v. Bayer*, case no. C-05-02871 JSW, are deemed related to this matter;

      WHEREAS, this Court had set the dispositive motion hearing date for this matter on calendar for March 24, 2006, prior to the dispositive motion hearing date in the *Jones* and the *Woods* matters,

---

STIPULATION AND *[PROPOSED]* ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE
(CASE NO. C-05-02873 JSW) - 1

1  both currently set for hearing on April 7, 2006;

2    WHEREAS, plaintiff Jones's deposition was noticed for January 9-10th, 2006;

3    WHEREAS, plaintiff Jones has requested that his deposition be pushed back to January 18-19th, 2006;

5    WHEREAS, the dispositive motion in this matter should be heard prior to the dispositive motion in the *Jones* and the *Woods* matters because there are less claims in this matter;

7    WHEREAS, contemporaneous stipulations and [proposed] orders on the *Jones* and *Woods* matters are filed herewith to accommodate the continuances of depositions requested by the respective plaintiffs without prejudicing Bayer and its ability to complete discovery in a timely fashion and to have a full and complete hearing on its dispositive motions;

11   WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

  1. The hearing on the dispositive motion(s) will now take place on April 7, 2006; and

  2. Close of non-expert discovery: February 27, 2006.

**IT IS SO STIPULATED.**

DATED: January 13, 2006        MOORE & MOORE

                  By: _____/s/_____
                     HOWARD MOORE, JR.
                     Attorney for Plaintiffs
                     LAVON JONES, JR., NATHANIEL WOODS, JR., HABEN BERHANE, and DWIGHT L. DOVE

DATED: January 13, 2006        By: _____/s/_____
                     CHARLES STEPHEN RALSTON
                     Attorney for Plaintiff
                     DWIGHT DOVE

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**
(CASE NO. C-05-02873 JSW) - 2

| | | |
|---|---|---|
| 1 | DATED: January 13, 2006 | THE LOUDERBACK LAW FIRM |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | JEROME SCHREIBSTEIN<br>JAMES T. CONLEY |
| 5 | | Attorneys for Defendant<br>BAYER HEALTHCARE LLC |

**IT IS SO ORDERED.**

Dated: January 13, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**
**(CASE NO. C-05-02873 JSW) - 3**