JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, 2nd Floor
Oakland, California 94619
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff
DWIGHT L. DOVE

CHARLES STEVEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540 – 9685
Attorneys for Plaintiff
DWIGHT L. DOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

DWIGHT DOVE,

Plaintiff,

v.

BAYER HEALTHCARE, Biological Products Division, a for profit business entity,

Defendant.

CASE NO. C-05-02873 JSW

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DISPOSITIVE MOTION SCHEDULE**

Judge: Honorable Jeffrey S. White

Trial Date: None Set.

WHEREAS, plaintiff's opposition to defendant's motion for summary judgment is currently due March 17, 2006;

WHEREAS, defendant's reply thereto is currently due on March 24, 2006;

WHEREAS, the hearing for the motion for summary judgment is currently set for April 7, 2006;

WHEREAS, on March 7, 2006 this Court ordered defendant to turn over personnel files in response to plaintiff's 2nd Request for Production of Documents;

WHEREAS, defendant is working to determine the identity of the employees, both current and former, whose personnel files are responsive to the Request;

WHEREAS, once the relevant employees are identified, defendant will need to retrieve many of the responsive personnel files from a storage vendor;

WHEREAS, defendant estimates that with its best efforts, it will be able to produce such files to plaintiff by Friday, March 24, 2006;

WHEREAS, this will leave plaintiff without the opportunity to have such files prior to submitting its opposition to defendant's motion for summary judgment;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Plaintiff's opposition will now be due April 7, 2006; and
2. Defendant's reply thereto will now be due April 14, 2006; and
3. The hearing on the dispositive motion(s) will now take place on May 5, 2006.

**IT IS SO STIPULATED.**

DATED: March 8, 2006

MOORE & MOORE

By: s/Howard Moore, Jr.
HOWARD MOORE, JR.
Attorney for Plaintiff
DWIGHT L. DOVE

DATED: March 8, 2006

By: s/Charles Stephen Ralston
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
DWIGHT DOVE

DATED: March 8, 2006

THE LOUDERBACK LAW FIRM

By: s/Stephen K. Robinson
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Jeffrey S. White

Case 3:05-cv-02873-JSW Document 21 Filed 03/09/2006 Page 3 of 3

**IT IS SO ORDERED.**

Dated: ________, 2006

_______________________________
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Doc#: 36950