JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, 2nd Floor
Oakland, California 94619
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff
DWIGHT L. DOVE

CHARLES STEPHEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540 – 9685
Attorneys for Plaintiff
DWIGHT L. DOVE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE,<br><br>              Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>              Defendant. | CASE NO. C-05-02873 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SECRETS**<br><br>Judge:    Honorable Jeffrey S. White<br><br>Trial Date: None Set. |

---

**STIPULATION AND [PROPOSED] ORDER PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SCRETS - (CASE NO. C-05-02873 JSW) - 1**

| | |
|---|---|
| 1 | WHEREAS, on December 8, 2003, *Jones, et al. v. Bayer* was filed as a putative class action, with the named plaintiffs of Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove; |
| 4 | WHEREAS, on November 22, 2004, the putative class action allegations were removed from the Jones et al. complaint when the plaintiffs filed their 2nd Amended Complaint; |
| 6 | WHEREAS, on June 2, 2005, defendant Bayer HealthCare along with plaintiffs Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove entered into a Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets, pursuant to Rule 26(c)(7); |
| 9 | WHEREAS, on June 21, 2005, the Court "ORDERED that the Stipulation be adopted in its entirety…"; |
| 11 | WHEREAS, Bayer's motion to sever was granted in the *Jones, et al.* matter by this Court on June 23, 2005. Plaintiff Dove filed his individual Complaint on July 14, 2005, based largely on the same individual allegations as the *Jones, et al.* suit. While no longer one suit, the individual actions continue to be deemed related; |
| 15 | WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows: |
| 17 | 1.   Dwight Dove and Bayer HealthCare do hereby re-adopt the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets. A true and accurate copy of the Stipulation and Order is attached hereto as Exhibit A. |
| 20 | 2.   Both parties to this suit retain their duties and responsibilities as stipulated and ordered in the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets. |

**IT IS SO STIPULATED.**

DATED: March 16, 2006                    MOORE & MOORE

                                        By: ___s/Howard Moore, Jr.___
                                        HOWARD MOORE, JR.
                                        Attorney for Plaintiff
                                        DWIGHT DOVE

| | | |
|---|---|---|
| 1 | DATED: March 16, 2006 | By: ___s/Charles Stephen Ralston___ |
| 2 | | CHARLES STEPHEN RALSTON |
| | | Attorney for Plaintiff |
| 3 | | DWIGHT DOVE |
| 4 | DATED: March 16, 2006 | THE LOUDERBACK LAW FIRM |

By: ___s/Stephen K. Robinson___
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated: March 16, 2006

___Jeffrey S. White___
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Doc#: 37091

---

**STIPULATION AND [PROPOSED] ORDER PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SCRETS - (CASE NO. C-05-02873 JSW) - 3**