JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
|---|---|
| MOORE & MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, 2nd Floor | Berkeley, CA 94702 |
| Oakland, California 94619 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | DWIGHT L. DOVE |
| DWIGHT L. DOVE | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE, | CASE NO. C-05-02873 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | Judge: Honorable Jeffrey S. White |
| Defendant. | Trial Date: None Set. |

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE
(CASE NO. C-05-02873 JSW) - 1**

1     WHEREAS, in the Stipulation and Court Order Regarding Discovery Schedule, dated December 2, 2005, the Court set the last day for Expert Disclosures as March 24, 2006, and the Close of Expert Discovery as April 24, 2006;

    WHEREAS, in this Court's Civil Minute Order dated October 31, 2005, this Court set the Hearing on Dispositive Motions for March 24, 2006;

    WHEREAS, under the above referenced original schedule, therefore, the Close of Expert Discovery was to be approximately 30 days after the Hearing on Dispositive Motions;

    WHEREAS, the parties have since stipulated, and the Court has ordered, that the hearing for dispositive motions will now take place on May 5, 2006;

    WHEREAS, under the current schedule the Close of Expert Discover is 11 days before the hearing for dispositive motions, rather than 30 days after;

    WHEREAS, the parties now seek to realign the schedule such that the Close of Expert Discovery will again be approximately 30 days after the Hearing for Dispositive Motions;

    WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

    1.     The Last Day for Expert Disclosures will now be May 8, 2006;

    2.     The Close of Expert Discovery will now be June 5, 2006.

**IT IS SO STIPULATED.**

DATED: March 22, 2006          MOORE & MOORE

                                                 By:   s/Howard Moore, Jr.
                                                     HOWARD MOORE, JR.
                                                     Attorney for Plaintiff
                                                     DWIGHT L. DOVE

DATED: March 22, 2006          By:   s/Charles Stephen Ralston
                                                       CHARLES STEPHEN RALSTON
                                                     Attorney for Plaintiff
                                                     DWIGHT DOVE

| | | |
|---|---|---|
| 1 | DATED: March 22, 2006 | THE LOUDERBACK LAW FIRM |
| 2 | | |
| 3 | | By: s/Stephen K. Robinson |
| | | JEROME SCHREIBSTEIN |
| 4 | | JAMES T. CONLEY |
| 5 | | STEPHEN K. ROBINSON |
| | | Attorneys for Defendant |
| 6 | | BAYER HEALTHCARE LLC |

**IT IS SO ORDERED.**

Dated: March 27, 2006

/s/ Jeffrey S. White

Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Doc#: 37178

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE**
**(CASE NO. C-05-02873 JSW) - 3**