| | |
|---|---|
| HOWARD MOORE, JR., SBN 55228<br>Moore and Moore<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br>Email: MoorLaw@aol.com | CHARLES STEPHEN RALSTON, SBN 34111<br>Law Offices of Charles Stephen Ralston<br>2421 Valley Street<br>Berkeley, California 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540-9685<br>Email: csralston@comcast.net |

Attorneys for Plaintiff DWIGHT DOVE

JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE,<br><br>          Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE,<br>Biological Products Division.<br><br>          Defendant. | Case No. C05-02873-JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DISPOSITIVE<br>MOTION SCHEDULE**<br><br>Judge: Honorable Jeffrey S. White<br><br>Trial Date: None Set. |

WHEREAS, plaintiff's opposition to defendant's motion for summary judgment is currently due on April 7, 2006;

WHEREAS, defendant's reply thereto is currently due on April 14, 2006;

WHEREAS, the hearing for the motion for summary judgment is currently set for May 12, 2006;

1  WHEREAS, because of unavoidable circumstances depositions in one of the companion
2  cases to the current action have had to be scheduled during the week of April 3, 2006, including
3  on April 6 and 7, 2006;
4  WHEREAS, in proposing the above dates for the schedule for the opposition to
5  defendant's motion for summary judgment and reply thereto it was contemplated that the week of
6  April 3, 2006, would be fully available for completion of plaintiff's opposition;
7  WHEREAS, the stipulated dates set out below will not require any change in the hearing
8  date of May 12, 2006, and are fully consistent with the time requirements of Local Rule 7-3(a)
9  and (c), as well as Local Rule 7-7(d), in that the opposition will be due 28 days before the date of
10  the hearing and the reply thereto 21 days before the date of the hearing;
11  WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively
12  adverse, they agree through their respective counsel and stipulate as follows:
13  1. Plaintiff's opposition will now be due April 14, 2006; and
14  2. Defendant's reply thereto will now be due April 21, 2006.

**IT IS SO STIPULATED.**

DATED: April 3, 2006             MOORE & MOORE

                                 By:    s/Howard Moore, Jr.
                                        HOWARD MOORE, JR.
                                        Attorney for Plaintiff
                                        DWIGHT L. DOVE

DATED: April 3, 2006             By:    s/Charles Stephen Ralston
                                        CHARLES STEPHEN RALSTON
                                        Attorney for Plaintiff
                                        DWIGHT DOVE

DATED: April 3, 2006             THE LOUDERBACK LAW FIRM


                                 By:    s/James T. Conley
                                        JEROME SCHREIBSTEIN
                                        JAMES T. CONLEY
                                        STEPHEN K. ROBINSON
                                        Attorneys for Defendant
                                        BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated: April 3, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA