JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
| MOORE & MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, 2nd Floor | Berkeley, CA 94702 |
| Oakland, California 94619 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | DWIGHT L. DOVE |
| DWIGHT L. DOVE | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE, | CASE NO. C-05-02873 JSW |
| Plaintiff, | **STIPULATION AND *[PROPOSED]* ORDER REGARDING EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | |
| Defendant. | Judge: Honorable Jeffrey S. White |
| | Trial Date: None Set. |

WHEREAS, the hearing date for dispositive motions was previously set for May 5, 2006;

WHEREAS, the parties have since stipulated, and the Court has ordered, that the hearing for dispositive motions will now take place on May 12, 2006;

WHEREAS, under the current schedule the designation of Expert Witnesses is five days prior to the hearing on the dispositive motions, May 8, 2006;

1       WHEREAS, the parties now seek to realign the schedule such that the Close of Expert

2  Discovery will again be approximately 30 days after the Hearing for Dispositive Motions;

3       WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively

4  adverse, they agree through their respective counsel and stipulate as follows:

5     1.    The Last Day for Expert Disclosures will now be May 19, 2006;

6     2.    The Close of Expert Discovery will now be June 19, 2006.

7  **IT IS SO STIPULATED**.

8

9  DATED: May 4, 2006       MOORE & MOORE

10

11                    By:   s/Howard Moore, Jr.
                               HOWARD MOORE, JR.

12                             Attorney for Plaintiff
                             DWIGHT L. DOVE

13

14  DATED: May 4, 2006     By:   s/Charles Stephen Ralston
                             CHARLES STEPHEN RALSTON

15                             Attorney for Plaintiff
                             DWIGHT DOVE

16

    DATED: May 4, 2006     THE LOUDERBACK LAW FIRM

17

18

19                    By:   s/James T. Conley
                             JEROME SCHREIBSTEIN

20                             JAMES T. CONLEY
                             STEPHEN K. ROBINSON

21                             Attorneys for Defendant
                             BAYER HEALTHCARE LLC

22

23  **IT IS SO ORDERED.**

24

25  Dated:  May 8  , 2006

26                    Honorable Jeffrey S. White
                    UNITED STATES DISTRICT JUDGE

27                    NORTHERN DISTRICT OF CALIFORNIA
                    by Honorable Martin J. Jenkins

28  Doc#: 38056