| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
|   | STEPHEN K. ROBINSON (SBN 217898) |
| 3 | THE LOUDERBACK LAW FIRM |
|   | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |
| 6 | Attorneys for Defendant |
|   | BAYER HEALTHCARE LLC |

HOWARD MOORE, JR. (SBN 55228)   CHARLES STEPHEN RALSTON (SBN 34111)
MOORE & MOORE                    2421 Valley Street
445 Bellevue Avenue, 2nd Floor   Berkeley, CA 94702
Oakland, California 94619        Telephone: (510) 540-9683
Telephone: (510) 451-0104        Facsimile: (510) 540 – 9685
Facsimile: (510) 451-5056        Attorneys for Plaintiff
Attorneys for Plaintiff          DWIGHT L. DOVE
DWIGHT L. DOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DWIGHT DOVE, | CASE NO. C-05-02873 JSW |
| Plaintiff, | **STIPULATION AND *[PROPOSED]*** |
| v. | **ORDER REVISING AMOUNT OF** |
|   | **BAYER'S BILL OF COSTS** |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | |
|   | Judge: Honorable Jeffrey S. White |
| Defendant. | Trial Date: None Set. |

**STIPULATION AND [PROPOSED] ORDER REVISING AMOUNT OF BAYER'S BILL OF COSTS
(CASE NO. C-05-02873 JSW) -** 1

1  WHEREAS, in the evidence submitted in support to Bayer's Bill of Costs, the reporter's invoices did not correctly parse out costs of the transcript versus expedition of the transcript;

WHEREAS, the parties have reviewed additional invoices and have met and conferred on the matter (a true and accurate copy of the invoice at issue is attached hereto as Exhibit A);

WHEREAS, the parties have agreed that the correct amount for Bayer's Bill of Costs itemization is $1,521.02;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Bayer's Bill of Costs should be changed to reflect an itemization of $1,521.02.

**IT IS SO STIPULATED**.

DATED: July 12, 2006      MOORE & MOORE

By: ___s/Howard Moore, Jr.___
HOWARD MOORE, JR.
Attorney for Plaintiff
DWIGHT L. DOVE

DATED: July 12, 2006    By: ___s/Charles Stephen Ralston___
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
DWIGHT DOVE

DATED: July 12, 2006      PAYNE & FEARS, LLP

By: ___s/James T. Conley___
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE LLC

.1

**STIPULATION AND [PROPOSED] ORDER REVISING AMOUNT OF BAYER'S BILL OF COSTS**
**(CASE NO. C-05-02873 JSW) -** 2

1
2 **IT IS SO ORDERED.**
3
4 Dated: __July 14__, 2006
   
   _____
   Honorable Jeffrey S. White
5  UNITED STATES DISTRICT JUDGE
6  NORTHERN DISTRICT OF CALIFORNIA
7 Doc#: 39176
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER REVISING AMOUNT OF BAYER'S BILL OF COSTS (CASE NO. C-05-02873 JSW) - 3**